# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JENNIFER VAN VALLIS-BRIGHT,

    Plaintiff,　　　　　　　　　　　　Case No. 22-10227

V　　　　　　　　　　　　　　　　　　Hon. Paul D. Borman

SCRIPPS MEDIA, INC., a foreign company,

    Defendant.

_____

## APPEARANCE ON BEHALF OF PLAINTIFF

Please enter the appearance of Benjamin M. Low, of the firm of Jaffe, Raitt, Heuer & Weiss, P.C., as counsel for Plaintiff in the above captioned action.

    Respectfully Submitted,

    /s/ Benjamin M. Low
    Benjamin M. Low (P82834)
    Jaffe, Raitt, Heuer & Weiss, PC
    Attorney for Plaintiff
    27777 Franklin Dr., Suite 2500
    Southfield, MI 48034

Dated: Feb. 4, 2022　　　　　　　　　(248) 351-3000
    benlow@jaffelaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JENNIFER VAN VALLIS-BRIGHT,

    Plaintiff,                              Case No. 22-10227

V                                             Hon. Paul D. Borman

SCRIPPS MEDIA, INC., a foreign company,

    Defendant.

_____

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 4, 2022 the foregoing ***Appearance on Behalf of Plaintiff*** was filed with the Court using the ECF system which will send notification of such filing to counsel of record.

                                                      /s/ Benjamin M. Low
                                                      benlow@jaffelaw.com