# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER VAN VALLIS-BRIGHT,

    Plaintiff,                                               Case No. 22-10227

V                                                                        Hon. Paul D. Borman

SCRIPPS MEDIA, INC., a foreign company,

    Defendant.
_____

## PRELIMINARY INJUNCTION

This matter having come before the Court on Plaintiff Jennifer Van Vallis-Bright's ("Plaintiff") Motion for Preliminary Injunction (the "Motion"), and the Court being fully advised:

Plaintiff has established the elements required to obtain injunctive relief. Plaintiff has shown that she will suffer irreparable harm if Defendant enforces its January 4, 2020 Salesperson Non-Compete Agreement (the "Non-Compete") against her, in her prospective employment as a General Sales Manager in Metro-Detroit, for a radio broadcast company.

**IT IS HEREBY ORDERED** that Defendant, and anyone acting in concert with it, is preliminarily enjoined from enforcing the Non-Compete against Plaintiff in her prospective employment as a General Sales Manager in Metro-Detroit, for a radio broadcast company.

**IT IS FURTHER ORDERED** that no security is required at this time.

**IT IS SO ORDERED**.

_____
U.S. DISTRICT COURT JUDGE

Dated:

2