# EXHIBIT C

## STATE OF MICHIGAN
## IN THE BUSINESS COURT FOR THE COUNTY OF OAKLAND

**JENNIFER VAN VALLIS-BRIGHT**, an individual,

Plaintiff,

v

**SCRIPPS MEDIA INC.**, a foreign company,

Defendant.

Case No. 202-        -CB
Hon.

---

Benjamin M. Low (P82834)
JAFFE, RAITT, HEUER & WEISS, P.C.
*Attorneys for Plaintiff*
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
benlow@jafelaw.com

---

### Affidavit of Jennifer Van-Vallis Bright

STATE OF MICHIGAN     }
                      } ss
COUNTY OF OAKLAND     }

I, Jennifer Van-Vallis Bright, of full age, being duly sworn according to law, upon her oath, deposes and states:

1. I am the plaintiff in this lawsuit.

2. I have personal knowledge of the facts stated in this affidavit.

3. I have reviewed Plaintiff's Emergency Motion for Entry of a Temporary Restraining Order Prohibiting Defendant from Enforcing Non-Compete and to Show Cause Why a Preliminary Injunction Should Not Be Entered (the "Motion") and Brief in Support of the Motion.

1

4853-8959-2331

4. The Motion is true and correct to the best of my knowledge, information, and belief.

5. I had 30 years of sales experience prior to joining Scripps.

6. I was employed by Scripps Media Inc. ("Scripps") from February 2020 through December 3, 3021 as an Account Executive.

7. As an Account Executive, I was responsible for facilitating TV advertising campaigns for customers that I was assigned to by Scripps.

8. I worked independently in my role as an Account Executive.

9. I did not manage any other individuals as an Account Executive, nor did I hold any other salespeople accountable or develop strategies for a sales team or Scripps.

10. I was not involved with any financial metrics, outside of my own sales which generated commissions, and was not involved in any decision making for Scripps.

11. Subsequent to my termination from Scripps, I was offered the position as a General Sales Manager for a company that is in radio broadcasting.

12. The General Sales Manager role that I was offered is a management role with its primary responsibilities as coaching and leading a sales team through providing support, leadership, and training to that team.

13. The General Sales Manager role is significantly different than my role as an Account Executive with Scripps.

14. This role would not have me competing with Scripps in any way since it is in radio.

15. Radio and television do not compete with one another for advertising revenue. They differ in the type of advertising unit, cost, reach, demand times, and targetability.

4853-8959-2331

16. The types of campaigns used for television and radio are also different as television is a visual medium and radio is only audio. As a result, the types of businesses that advertise on television and radio are substantially different.

17. Those businesses also use different budgets for their television advertising and their radio advertising.

18. Compared to radio, television advertising is extremely expensive.

19. Television advertising focuses on in-home users, while radio advertising focuses on out-of-home users and working adults through campaigns.

20. Television and radio advertising also have different peak periods. Television's "prime time" is 8 pm to 10 pm, while radio's in demand times are 5 am to 10 am and 3 pm to 7 pm, as those are the times people tend to be driving in their cars.

21. Radio advertising is also more tailored and targeted than television advertising, since radio advertising is station specific and allows advertisers to format their ads to the specific type of person that listens to the type of music played at the station.

22. Television and radio ads are also procured differently.

23. Scripps' television advertising revenue comes through a request for proposal system ("RFP").

24. The RFP alerts participating television stations in a given market that there is a budget allocated by an advertiser for the purchase of airtime for their television ads.

25. This system works independently from radio – radio stations cannot present their assets, or airtime, on the television RFP, and television stations cannot present their assets to the radio RFP.

26. In order for me to be able to accept this position as a General Sales Manager, my potential employer requires me to obtain a release from my non-competition agreement (the "Non-Compete") with Scripps, which states that I am prohibited from acting as a salesperson with 25 miles from Scripps' main office.

27. Because the company required me to have a release of the Non-Compete, I attempted, numerous times, to gain a release from Scripps. All of my requests were ignored.

28. Since Scripps has refused to release me from the Non-Compete, I have been unable to work and unable to collect unemployment.

29. Scripps has blocked me from being able to receive unemployment because they have said that I was a workplace safety hazard, due to not receiving a covid-19 vaccination.

30. I am currently not receiving any income.

31. My lack of income means that I am unable to support my family, who rely upon me for their support.

32. I am responsible for supporting my husband and my four children.

33. This support includes paying for the mortgage for my home, car payments, and my children's student loans, along with the household expenses for my family.

34. My children are currently living in my home, due to financial difficulties caused by the covid-19 pandemic.

35. My husband's income is not sufficient to pay our mortgage, student loans, or household expenses.

36. I will no longer be able to support my family, which includes paying our mortgage, car payments, and student loans, prior to the expiration of the term of the Non-Compete.

37. If Scripps is allowed to keep me out of the marketplace and not work, I will lose my home.

38. My lack of income has also led to extreme emotional distress over my, and my family's, finances.

39. This emotional distress has affected every facet of my life and has been eroding my relationship with my husband and my children.

40. I am on constant edge and am constantly worried.

41. I am unable to sleep, and when I do sleep, I am unable to sleep well.

42. I am overcome with heightened anxiety regarding my ability to earn a living for my family before my resources are depleted.

43. All I am seeking in this lawsuit is the ability to work and support my family, which Scripps has prevented me from.

FURTHER AFFIANT SAYETH NOT.

_____
Jennifer Van-Vallis Bright

Subscribed and sworn before me
on this __1__ day of __February__, 2022

_____
Renee E. Evans

RENEE E EVANS
Notary Public - State of Michigan
County of Oakland
My Commission Expires Feb 13, 2027
Acting in the County of _Oakland_