UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER VAN VALLIS-BRIGHT,

        Plaintiff,

Civil Case No. 2:22-cv-10227

Honorable Paul D. Borman

v.

SCRIPPS MEDIA INC.,

        Defendant.
_____/

ORDER STRIKING NOTICE OF REMOVAL

On February 3, 2022, Defendant filed a Notice of Removal along with the state court filings (ECF No. 1). The type size used in this filing does not follow the local rule. LR 5.1(a)(3) states, "Except for standard preprinted forms that are in general use, type size of all text and footnotes must be no smaller than 10-1/2 characters per inch (non-proportional) or 14 point (proportional)."

Accordingly, it is ORDERED that ECF No. 1 shall be STRICKEN from the record in this case and the image removed from the CM/ECF system. Defendant shall refile the Notice of Removal, using the correct sized font, the exhibit(s) do not need to be refiled. However, Plaintiff must refile the Motion for Preliminary Injunction,

filed in state court, in this case, using 14 point sized font.

Dated: February 4, 2022            s/Paul D. Borman
                                                     Paul D. Borman
                                                     United States District Judge