



‹ Welcome page                                                                 Returning Candidate? Log back in!

# General Sales Manager

USA-MI-Southfield

**ID** 2021-2547    **Category** Sales    **Type** Regular    **Telecommute** No

## Overview

Audacy is looking for an inspirational, experienced and accomplished General Sales Manager to lead and inspire our advertising sales efforts in the Detroit market. You must have a passion for sales, music, digital media, podcasts and innovation.

## Responsibilities

**What You'll Do:**

The person in this role will help influence the revenue growth of our highly influential radio stations by increasing existing business and converting new business. They will also be responsible pushing our over the air sales, podcast, streaming, digital, social, events and OTT sales forward.

Primary Responsibilities:
- You must be a sales leader and have the skill and drive to motivate in today's changing (and semi-remote) environment, inspire a sales team to success and contribute innovative ideas to generate revenue
- Responsible for exceeding revenue objectives by impacting people (account executives and clients.)
- Hold sales team accountable to all priorities, managing through internal direct reporting relationships and peer groups to drive results
- Develop, refine, and maintain discipline on a focused overall sales strategy, with specific measurable tactics and actions that generate sales & revenue
- Coach and lead the sales team to success by leaning in, providing support and removing the obstacles that might exist
- Ability to lead and train sales team in evolving media trends- including but not limited to - digital audio, attribution, data, digital
- Develop and grow relationships with clients through both individual and joint meetings with Account Executives, and develop a deep understanding of their needs in the marketplace
- Leverage our data, scale and resources to guide sound management and operational decision-making across the sales organization
- Create sales (audio, digital, experiential, etc.) opportunities that align with client needs and demand
- Own financial metrics of the department, including pricing, inventory and expense management, weekly revenue, pacing and forecasting

- Monitor competition and trends in the market

## Qualifications

**About You:**

- Minimum 3+ years General Sales Manager experience in radio and/or digital.
- Must know how to motivate in todays changing environment, can manage inventory as well as people, and bring new ideas to generate revenue
- Must be goal-driven and creative, with the ability to multi-task in a fast-paced environment. Strong background in Strategic Account Management, sales training/leadership, pricing and budgeting required.

**Preferred:**
- 4-year degree preferred.
-  A valid driver's license, satisfactory completion of a motor vehicle record check, and, if the position requires use of applicant's own vehicle, proof of insurance, is required

This position reports to the SVP/Market Manager

Physical Requirements: While performing the duties of this job, the employee is frequently required to stand; walk; sit; use hands to finger, handle, or feel objects, tools or controls; reach with hands and arms; climb stairs; talk or hear. The employee must occasionally lift and/or move up to 10 pounds. Specific vision abilities required by the job include close vision, distance vision, color vision, peripheral vision, depth perception, and the ability to adjust focus.

To help promote and ensure the safety of all of our employees and the communities we serve, we require all incoming employees to be fully vaccinated against the coronavirus.  If hired, you will be required to provide proof of vaccination, which will be kept confidential. If you are not vaccinated, or partially vaccinated currently, but willing to become fully vaccinated, we invite you to still apply.

## Vaccination Requirements

To help promote and ensure the safety of all of our employees and the communities we serve, we require all incoming employees to be fully vaccinated against the coronavirus.  If hired, you will be required to provide proof of vaccination, which will be kept confidential. If you are not vaccinated, or partially vaccinated currently, but willing to become fully vaccinated, we invite you to still apply.

Audacy is committed to providing a safe and inclusive work environment for all and we recognize that some individuals may have a sincerely held religious belief as it pertains to the practice of immunization or a medical disability which may prevent them from becoming vaccinated.   Individuals who cannot be fully vaccinated due to a sincere religious belief or medical disability may request an

accommodation. We request that you refrain from discussing religious beliefs or medical conditions during the interview process. If you believe you need an accommodation, you will have an opportunity to submit your request during the interview process. All requests for accommodation will remain confidential and reviewed by selected individuals within the HR department. We cannot guarantee that all requests for accommodation will be granted. Please refer to our EEO policy and statement below.

## About Us

*Audacy, Inc. (NYSE: AUD) is a scaled, multi-platform audio content and entertainment company with the country's best radio broadcasting group, a leader in virtually every segment of audio, and America's #1 creator of original, premium audio. Audacy engages over 170 million consumers each month, bringing people together around the news, sports, podcasts and music that matter to them. Learn more at www.audacyinc.com, Facebook (Audacy Corp) and Twitter (@AudacyCorp).*

## EEO

*Audacy is an Equal Opportunity and Affirmative Action Employer. Audacy affords equal employment opportunity to qualified individuals regardless of their race, color, religion or religious creed, sex/ gender (including pregnancy, childbirth, breastfeeding, or related medical conditions), sexual orientation, gender identity, gender expression, national origin, ancestry, age (over 40), physical or mental disability, medical condition, genetic information, marital status, military or veteran status, or other classification protected by applicable federal, state, or local law, and to comply with all applicable laws and regulations. Consistent with our commitment to equal employment opportunity, we provide reasonable accommodations to qualified individuals with disabilities who need assistance in applying electronically for a position with Audacy, unless doing so would impose an undue hardship. To request a reasonable accommodation for this purpose, please call 1-610-660-5614. Please note that this phone number is to be used solely to request an accommodation with respect to the online application process. Calls for any other reason will not be returned. Reasonable accommodation requests are considered on a case-by-case basis.*