| | |
|---|---|
| **Attachments:** | JVVBright Job Responsibilities_ - 4868-9618-0232.v1.docx |

**From:** Benjamin Low <benlow@jaffelaw.com>
**Sent:** Monday, December 27, 2021 11:37 AM
**To:** Muzumdar, Heather <Heather.Muzumdar@scripps.com>
**Subject:** RE: WXYZ/Vallis-Bright

**[EXTERNAL SENDER]**
Heather,

Thank you for your response.

I've attached a job description that I've received from my client, which she has received from the company that has offered her employment, Audacy. Please let me know if you have any further questions, or if I can be of further assistance.

Thanks,
-Ben

| | | |
|---|---|---|
| **Benjamin Low**<br>benlow@jaffelaw.com<br>248.727.1470 | **JAFFE RAITT HEUER & WEISS, P.C.**<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI 48034<br>www.jaffelaw.com [jaffelaw.com] |  |

Signature: Nothing in this communication is intended to constitute an electronic signature.  This email does not establish a contract or engagement.
Confidentiality: This communication may contain confidential privileged information intended for the named recipient(s) only.
If you received this by mistake, please destroy it and notify us of the error.



**Employer Name**:  Audacy, A radio-centric entertainment company.

**Position**: General Sales Manager, Music Formats

**General Sales Manager Primary Responsibilities**

• Be a sales leader and have the skill and drive to motivate in today's changing (and semi-remote) environment, inspire a sales team to succeed, and contribute innovative ideas to generate revenue

• Responsible for exceeding revenue objectives by impacting people (account executives and clients.)

• Hold sales team accountable to all priorities, managing through internal direct reporting relationships and peer groups to drive results

• Develop, refine, and maintain discipline on a focused overall sales strategy, with specific measurable tactics and actions that generate sales & revenue

• Coach and lead the sales team to success by leaning in, providing support, and removing the obstacles that might exist

• Ability to lead and train sales team in evolving media trends- including but not limited to - digital audio, attribution, data, digital

• Develop and grow relationships with clients through both individual and joint meetings with Account Executives, and develop a deep understanding of their needs in the marketplace

• Leverage our data, scale, and resources to guide sound management and operational decision-making across the sales organization

• Create sales (audio, digital, experiential, etc.) opportunities that align with client needs and demand

• Own financial metrics of the department, including pricing, inventory, and expense management, weekly revenue, pacing, and forecasting

4868-9618-0232