**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER VAN VALLIS-BRIGHT,
an individual,

    Plaintiff,

v.

SCRIPPS MEDIA INC., a foreign company,

    Defendant.

Case No. 22-cv-10227

Honorable Paul D. Borman

Magistrate Judge Curtis Ivy, Jr.

_____/

Benjamin M. Low (P82534)
JAFFE RAITT HEUER & WEISS, P.C.
Attorneys for Plaintiff
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(248) 351-3000
benlow@jafelaw.com

Thomas J. Davis (P78626)
Ryan D. Bohannon (P73394)
KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.
Attorneys for Defendant
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
tdavis@khvpf.com
rbohannon@khvpf.com

**Declaration of Tony Lamerato**

1. I make this declaration based on personal knowledge of the facts stated herein, and am able to so testify under oath if called upon to do so.

2. I am currently the Senior Director of Revenue Strategy for the E.W. Scripps Company. From October 2016 through January 4, 2021, I was the Director of Sales for WXYZ-TV and WMYD-TV, which share a studio in Southfield, Michigan.

3. Plaintiff Jennifer Van Vallis-Bright is a former sales account executive for WMYD, who left the company in December 2021. While I was Director of Sales in 2020, she was a member of the sales team that I supervised.

4. In 2021, Ms. Vallis-Bright generated significant revenues and profits for Scripps. While the precise figures are confidential information, Ms. Vallis-Bright's 2021 sales resulted in net profits of several hundred thousand dollars.

5. I am intimately familiar with the local advertising market in the metropolitan Detroit area as a result of my job duties. Advertisers generally have a fixed budget per year that they spend on advertising, and both television and radio stations compete to obtain a share of advertiser dollars. Audacy is a direct competitor of Scripps in the Detroit advertising market, not only for broadcast advertisements, but also for digital advertising on websites and Over the Top (OTT)/Connected TV platforms.

6.  I have reviewed the job description of the Audacy, Inc. General Sales Manager position that Ms. Vallis-Bright provided to Scripps through her attorney in December 2021, when asking for a release from her non-competition agreement. The job duties of the Audacy position are consistent with the job duties of Sales Managers at WXYZ/WMYD, and of Sales Manager positions for broadcast companies in the Detroit market area.

7.  A General Sales Manager position in the Detroit market area, like the one identified in Audacy's job description, almost certainly would pay a base salary of between $125,000 and $160,000 per year. In addition to base salary, a General Sales Manager would receive commissions based on the activities of her sales team. Even if Ms. Vallis-Bright received the lowest base salary of $125,000 (which is unlikely given her experience) the base salary plus commissions for the Audacy position would almost certainly result in a total annual compensation of $150,000, and very likely more.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2022

_____
Tony Lamerato