**8250 COTSWOLD LN CLARKSTON MI 48348-4363**

6 beds / 4 full baths / 1 half baths / 6166 sq ft

**EXHIBIT B**

Residential Property Profile

07-13-451-007

Note: Please be advised the data included in Property Gateway originates from multiple local municipalities. Data, in regard to properties, may be classified and updated differently by municipalities. If you have any questions, please contact the local community where the data originated.

## Owner Information

| | |
|---|---|
| Owner(s) | **: KEVIN BRIGHT & JENNIFER BRIGHT** |
| Postal Address | **: 8250 COTSWOLD LN CLARKSTON MI 48348-4363** |

## Location Information

| | | | |
|---|---|---|---|
| Site Address | **: 8250 COTSWOLD LN CLARKSTON MI 48348-4363** | | |
| PIN | **: 07-13-451-007** | Neighborhood Code | **: 10600** |
| Municipality | **: Charter Township of Springfield** | | |
| School District | **: 63190 CLARKSTON COMM SCH DIST** | | |
| Class Code | **: 401 Residential - Improved** | | |

## Property Description

**T4N, R8E, SEC 13 BRIDGE VALLEY III LOT 68 3-18-97 FR 400-006**

## Split/Combination Information

| | | | |
|---|---|---|---|
| Added Status | **: Added Parcel** | | |
| Added Date | **: 05/15/1997** | Added From | **: FR 400-006** |

## Most Recent Sale Since 1994

| | | | |
|---|---|---|---|
| Date | **: 06/20/2007** | | |
| Amount | **: $1,050,000** | Liber | **: 39558:384** |
| | | Grantee | **: BRIGHT, KEVIN** |
| | | | **BRIGHT, JENNIFER V** |
| Grantor | **: GREENLEE, ANDREW J** | | **BRIGHT, JENNIFER V** |

## Next Most Recent Sale

| | | | |
|---|---|---|---|
| Date | **: 06/12/2002** | | |
| Amount | **: $172,000** | Liber | **: 25992:433** |
| Grantor | **: POTTER, DONALD** | | |
| | **POTTER, DONALD R** | | |
| | **POTTER, LORI** | Grantee | **: GREENLEE, ANDREW J** |

## 8250 COTSWOLD LN CLARKSTON MI 48348-4363

6 beds / 4 full baths / 1 half baths / 6166 sq ft

**Residential Property Profile** 

07-13-451-007

**Note: Please be advised the data included in Property Gateway originates from multiple local municipalities. Data, in regard to properties, may be classified and updated differently by municipalities. If you have any questions, please contact the local community where the data originated.**

| Tax Information | | | |
|---|---|---|---|
| Taxable Value | : $436,500 | State Equalized Value | : $484,270 |
| Current Assessed Value | : $484,270 | Capped Value | : $436,500 |
| Effective Date For Taxes | : 12/01/2021 | Principal Residence Exemption Type | : N/A |
| Summer Principal Residence Exemption Percent | : 100% | Winter Principal Residence Exemption Percent | : 100% |
| **2020 Taxes** | | **2021 Taxes** | |
| Summer | : $9,369.98 | Summer | : $9,480.81 |
| Winter | : $3,560.24 | Winter | : $3,577.01 |
| Village | : | Village | : |

| Lot Information | | | |
|---|---|---|---|
| Description | : ROLLING | Area | : 0.96 ACRES |

| Primary Structure | | | |
|---|---|---|---|
| Structure | : Colonial/2Sty | Living Area | : 6166 SQ FT |
| Ground Floor | : 4167 SQ FT | Year Built | : 2003 |
| Effective Year | : 2003 | Remodel Year | : 0 |
| Stories | : 2   Story | Rooms | : 11 |
| Bedrooms | : 6 | Full Baths | : 4 |
| Half Baths | : 1 | Fireplaces | : 3 |
| Ext Walls | : Brick | Basement | : YES - FULL |
| Garage | : ATTACHED - 4 car (1383 SQ FT) | Heat | : Forced Heat & Cool |
| Fuel Type | : Gas | Central Air | : Yes |

| Basement Information | | | |
|---|---|---|---|
| Finish | : UNFINISHED | Area | : 0 SQ FT |

| Porch Information | |
|---|---|
| Type | Area |
| **CCP  (1 Story)** | **135 SQ FT** |
| **CCP  (1 Story)** | **90 SQ FT** |
| **CPP** | **610 SQ FT** |
| **Treated Wood** | **182 SQ FT** |
| **Concrete** | **145 SQ FT** |