UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jennifer Van Vallis–Bright,

                              Plaintiff(s),

v.                                            Case No. 2:22–cv–10227–PDB–CI
                                                          Hon. Paul D. Borman

Scripps Media Inc.,

                              Defendant(s),

## NOTICE OF REMAND

TO:  OAKLAND COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time–stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234–5005

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  KINIKIA D. ESSIX, CLERK OF COURT

                                                  By: s/Tracy A Thompson
                                                      Deputy Clerk

Dated:  February 22, 2022