UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER VAN VALLIS-BRIGHT,

      Plaintiff,                      Case No. 2:22-cv-10227

v.                                     Paul D. Borman
                                        United States District Judge

SCRIPPS MEDIA, INC.,

      Defendant.
_____/

## JUDGMENT

For the reasons stated in the Opinion and Order issued this same day, it is

**ORDERED AND ADJUDGED** that this case is **REMANDED** to the Circuit Court for the County of Oakland.

**IT IS SO ORDERED.**

Dated: February 22, 2022                s/Paul D. Borman
       Detroit, Michigan                    Paul D. Borman
                                               United States District Judge